# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ASSET PROTECTION & SECURITY SERVICES, L.P., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 11-566C<br>) (Judge Sweeney) |
| THE UNITED STATES, | )<br>) |
| Defendant. | )<br>) |

## JOINT STATUS REPORT

Plaintiffs Asset Protection & Security Services, L.P., et al. (Asset), by their undersigned attorneys, and defendant, the United States, respectfully submit this Joint Status Report to inform the Court on the progress of settlement negotiations.

Plaintiffs provided the United States with a formal offer of settlement that has been accepted by the authorized representative of the Attorney General; the parties executed a settlement agreement as of July 2, 2013. Undersigned counsel of record for the defendant caused the necessary paperwork to be submitted to the Judgment Fund in early July 2013.

Undersigned counsel of record for defendant spoke with a representative from the Judgment Fund today, November 1, 2013, and was assured that the necessary payment authorization will be made today, such that Asset should receive the payment no later than Friday, November 8, 2013.

Undersigned counsel of record for defendant apologizes to the Court for the delays associated with this case. While the parties are both hopeful that we will be able to seek dismissal of this case within the next week, to the extent that this matter is not fully resolved by

November 14, 2013, the parties respectfully propose to submit a joint status report on or before November 14, 2013, to inform the Court of the status of the parties' settlement.

Respectfully submitted on this 1st day of November, 2013,

STUART F. DELERY
Assistant Attorney General

BRYANT G. SNEE
Acting Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Ellen M. Lynch
ELLEN M. LYNCH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L. St. NW
Washington, DC 20530
Telephone: (202) 353-7994
Facsimile: (202) 307-0972

Attorneys for Defendant

AND


s/ David T. Ralston, Jr.
DAVID T. RALSTON, JR.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 295-4097
Facsimile: (202) 672-5399


OF COUNSEL:

Steven C. Lambert
FOLEY & LARDNER LLP

3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 295-4067
Facsimile: (202) 672-5399


Frank S. Murray
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 295-4163
Facsimile: (202) 672-5399

Attorneys for Plaintiffs