# In the United States Court of Federal Claims

No. 11-566C
(Filed: November 4, 2013)

```
*************************************
ASSET PROTECTION & SECURITY          *
SERVICES, L.P., by APSS Management,  *
LLC, its General Partner, et al.,    *
                                     *
              Plaintiffs,            *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
*************************************
```

**ORDER**

On November 1, 2013, the parties in the above-captioned case filed a joint status report requesting an additional fourteen days in which to finalize their settlement. The court **GRANTS** the parties' request and **CONTINUES** the stay of proceedings. If the settlement has not been finalized by **November 14, 2013**, the parties shall file joint status report to update the court of the status of the settlement.

    **IT IS SO ORDERED.**

                                        s/ Margaret M. Sweeney
                                        MARGARET M. SWEENEY
                                        Judge