IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| ASSET PROTECTION & <br> SECURITY SERVICES, L.P., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 11-566C <br> (Judge Sweeney) |

### JOINT MOTION REQUESTING DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims, respectfully request the Court to dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted on this 14th day of November, 2013,

>STUART F. DELERY
>Assistant Attorney General
>
>BRYANT G. SNEE
>Acting Director
>
>s/ Steven J. Gillingham
>STEVEN J. GILLINGHAM
>Assistant Director
>
>s/ Ellen M. Lynch
>ELLEN M. LYNCH
>Trial Attorney
>Commercial Litigation Branch
>Civil Division
>Department of Justice
>Attn: Classification Unit, 8th Fl.
>1100 L. St. NW
>Washington, DC 20530
>Telephone: (202) 353-7994

Facsimile: (202) 307-0972

Attorneys for Defendant

AND


s/ David T. Ralston, Jr.
DAVID T. RALSTON, JR.
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 295-4097
Facsimile: (202) 672-5399


OF COUNSEL:

Steven C. Lambert
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 295-4067
Facsimile: (202) 672-5399


Frank S. Murray
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone: (202) 295-4163
Facsimile: (202) 672-5399

Attorneys for Plaintiffs