# In the United States Court of Federal Claims

No. 11-566C
(Filed: November 15, 2013)

```
*************************************
ASSET PROTECTION & SECURITY          *
SERVICES, L.P., by APSS Management,  *
LLC, its General Partner, et al.,    *
                                     *
              Plaintiffs,            *
                                     *
 v.                                  *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
*************************************
```

## ORDER

On November 14, 2013, the parties filed a joint motion requesting that the court dismiss the above-captioned case with prejudice pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims. The parties' motion is **GRANTED**. This action is **DISMISSED** with prejudice, with each party to bear its own costs, attorney fees, and expenses. The clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge