# In the United States Court of Federal Claims

No. 11-566 C

ASSET PROTECTION & SECURITY
SERVICES, L.P., BY APSS MANAGEMENT,
LLC, ITS GENERAL PARTNER, ET AL.,

                                                                                **JUDGMENT**

v.

**THE UNITED STATES**

      Pursuant to the court's Order, filed November 15, 2013, granting the parties' Joint Motion to Dismiss, filed November 14, 2013,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice, with each party to bear its own costs, attorney fees, and expenses.

                                                      Hazel C. Keahey
                                                      Clerk of Court

**November 18, 2013**                By:    s/Lisa L. Reyes

                                                         Deputy Clerk

<u>NOTE</u>: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $455.00.